**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7382**

JOSEPH SANKO, JR.,

              Plaintiff - Appellant,

        v.

ROBERT F. MCDONNELL, Virginia Attorney General; GARY L. BASS,
Chief of Operations; A. DAVID ROBINSON, Regional Director;
EDWARD E. WRIGHT, Warden; B. BULLOCK, Classification Supervisor;
M. BLAND, Job Coordinator,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:07-cv-00691-TSE)

Submitted:  June 26, 2008            Decided:  June 30, 2008

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Joseph Sanko, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Sanko, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sanko v. McDonnell, No. 1:07-cv-00691-TSE (E.D. Va. Aug. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED